No. 82–6071.  SULIE v. DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir.  Certiorari denied.

No. 82–6074.  CEGIELSKI v. WISCONSIN.  Ct. App. Wis. Certiorari denied.

No. 82–6076.  OXLEY v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 82–6078.  RONSON v. COMMISSIONER OF INTERNAL REVENUE.  C. A. D. C. Cir.  Certiorari denied.

No. 82–6084.  THRASHER v. MISSOURI STATE HIGHWAY COMMISSION ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 82–6085.  ROBERTS v. KING, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 82–6086.  MURRAY v. MAGGIO, WARDEN, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 82–6092.  BACHERT v. PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 82–6095.  EVANS v. MALM FIREPLACES, INC., ET AL. C. A. 9th Cir.  Certiorari denied.

No. 82–6097.  JACKSON v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 82–6098.  ANDERSON v. MINTZES.  C. A. 6th Cir. Certiorari denied.

No. 82–6101.  SAWYER v. FLORIDA BAR.  Sup. Ct. Fla. Certiorari denied.